In the Matter of the Petition of ELMIRA GIBBONS, as Administratrix, etc.,

Respondent.   MARY E. GIBBONS, Appellant; JAMES H. McCABE, as Special Guardian, etc., Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs.   No opinion.   Thomas, Mills, Rich, Putnam and Blackmar, JJ., concurred.